UNITED STATES of America, Plaintiff–Appellee,

v.

Juan Carlos ARELLANO–RODRI-GUEZ, a.k.a. Juan Carlos Arellano Rodriguez, Defendant–Appellant.

No. 13–10670.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 30, 2014.*

Filed Feb. 5, 2015.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

608

Darla Jean Mondou, Esquire, Marana, AZ, for Defendant–Appellant.

Juan Carlos Arellano–Rodriguez, Washington, MS, pro se.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Juan Carlos Arellano–Rodriguez appeals from the district court's judgment and challenges his 41–month sentence for re-entry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Arellano–Rodriguez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Arellano–Rodriguez the opportunity to file a pro se supplemental brief. He has filed a supplemental brief, and the government has filed an answering brief.

Arellano–Rodriguez has waived his right to appeal his 41–month sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir. 2009).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**